UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VOLODYMYR KVASHUK,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Respondent. | CASE NO. C23-1605JLR<br><br>MINUTE ORDER |

Before the court is Respondent the United States of America's (the "Government") answer to *pro se* Petitioner Volodymyr Kvashuk's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. (Answer (Dkt. # 7).) Pursuant to the service order in this case, the Government was to "note the Answer for consideration on the fourth Friday after it is filed," which would be March 8, 2024. (Serv. Order (Dkt. # 4) at 2; *see* Answer (filed on February 14, 2024).) The Government did not do so. (*See generally* Dkt.; Answer.) Because Mr. Kvashuk is proceeding *pro se*, the court issues this minute order to clarify that his response to the Government's answer

ORDER - 1

1  is due **Monday, March 4, 2024**, which is the "Monday immediately preceding the noting
2  date." (Serv. Order at 2.)

3  Dated this 26th day of February, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2