UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VOLODYMYR KVASHUK,<br><br>                Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                Respondent. | CASE NO. C23-1605JLR<br><br>ORDER |

Before the court is Petitioner Volodymyr Kvashuk's motion seeking two forms of relief: (1) an order directing Respondent the United States of America (the "Government") to respond to his Section 2255 motion to vacate, set aside, or correct his sentence and (2) an order directing FCI Berlin, the facility in which he was formerly incarcerated, to forward his discovery documents to his current facility, FCI Jesup. (Mot. (Dkt. # 9); *see* 2255 Mot. (Dkt. # 1).) In its response to the motion, the Government states that it (1) timely filed its response to Mr. Kvashuk's Section 2255 motion; (2) promptly re-served its response on Mr. Kvashuk at his new facility after Mr. Kvashuk

ORDER - 1

raised the issue; and (3) contacted the records unit at FCI Berlin about Mr. Kvashuk's documents and will continue to work with the Bureau of Prisons regarding those documents.  (*See generally* Resp. (Dkt. # 10); *see also* 2255 Resp. (Dkt. # 7) (filed February 14, 2024).)

In light of the foregoing, the court DENIES Mr. Kvashuk's motion (Dkt. # 9). The court DENIES Mr. Kvashuk's first request for relief as moot because the Government has now served its response on Mr. Kvashuk at his current facility. The court also DENIES Mr. Kvashuk's second request for relief without prejudice to Mr. Kvashuk renewing this request if he does not receive his documents by March 31, 2024. Finally, the court EXTENDS the deadline for Mr. Kvashuk to file his reply in support of his Section 2255 motion to April 12, 2024. The Clerk is DIRECTED to renote Mr. Kvashuk's Section 2255 motion (Dkt. # 1) for April 12, 2024.

Dated this 14th day of March, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2