UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VOLODYMYR KVASHUK,<br><br>              Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>              Respondent. | CASE NO. C23-1605JLR<br><br>ORDER |

Before the court is *pro se* Petitioner Volodymyr Kvashuk's motion for an extension of time to respond to Plaintiff the United States of America's (the "Government") answer to his Section 2255 motion to vacate, set aside, or correct his sentence.  (Mot. (Dkt. # 12); *see* 2255 Mot. (Dkt. # 1); 2255 Resp. (Dkt. # 10).)  Mr. Kvsahuk seeks a 60-day extension of the original response deadline because (1) he does not have access to his discovery documents; (2) he has thus far had only limited access to the law library at the facility at which he is incarcerated; and (3) as a *pro se* litigant, he needs additional time to "navigate the complexity of legal procedures and craft a

ORDER - 1

1  thorough and well-supported response to the [G]overnment's opposition." (Mot. at 1.)
2  The Government has informed the court that it does not oppose Mr. Kvashuk's motion.
3  The court GRANTS the motion.
4      Mr. Kvashuk's reply was originally due on March 4, 2024. (*See* 2/26/24 Order
5  (Dkt. # 8).) On March 1, 2024, Mr. Kvashuk mailed to the court a motion asking the
6  court to compel the Government to respond to his Section 2255 motion and to direct the
7  Bureau of Prisons to provide him his discovery documentss. (*See* Mot. for Relief (Dkt.
8  # 9) at 2.) Upon receiving that motion, the Government re-served its answer on Mr.
9  Kvashuk and informed the court that it (1) did not object to granting Mr. Kvashuk an
10 extension of time to file his reply and (2) was seeking information from the Bureau of
11 Prisons about Mr. Kvashuk's documents. (*See* Mot. for Relief Resp. (Dkt. # 10) at 1-2.)
12 Mr. Kvashuk mailed the instant motion for an extension of time on March 6, 2024. (Mot.
13 at 1.) On March 14, 2024, before the instant motion was posted, the court denied Mr.
14 Kvashuk's March 1, 2024 motion and extended the deadline for Mr. Kvashuk to file his
15 response to April 14, 2024—41 days after the original deadline. (3/14/24 Order (Dkt.
16 # 11) at 2.) The court received the instant motion later that same day. (*See* Mot.)
17     In light of the Government's non-opposition to the motion and the challenges Mr.
18 Kvashuk has faced in obtaining his discovery documents and accessing the law library
19 since his transfer from FCI Berlin to FCI Jesup, the court GRANTS Mr. Kvashuk's
20 motion for a 60-day extension of the deadline to file his response to the Government's
21 answer to his Section 2255 motion (Dkt. # 12). Mr. Kvashuk shall file his response to the
22

ORDER - 2

Government's answer by no later than **May 3, 2024**. The Clerk is DIRECTED to renote Mr. Kvashuk's Section 2255 motion (Dkt. # 1) for May 3, 2024.

Dated this 18th day of March, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 3