1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VOLODYMYR KVASHUK, | CASE NO. C23-1605JLR |
| Petitioner, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Before the court is Petitioner Volodymyr Kvashuk's motion for a 30-day extension to file a reply brief in support of his 28 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence. (Extension Mot. (Dkt. # 16); *see* 2255 Mot. (Dkt. # 1); Resp. to 2255 Mot. (Dkt. # 10).) The court exercises its discretion to rule on Mr. Kvashuk's motion before the May 29, 2024 noting date. *See* Fed. R. Civ. P. 1 (directing district courts to administer the rules of procedure "to secure the just, speedy, and inexpensive determination of every action and proceeding").

//

ORDER - 1

The court GRANTS Mr. Kvashuk's motion for an extension of time (Dkt. # 16). Mr. Kvashuk's reply brief is due on **June 14, 2024**. Absent special circumstances, no further requests for extensions of time will be granted. The court DIRECTS the Clerk to re-note Mr. Kvashuk's 28 U.S.C. § 2255 motion (Dkt. # 1) for June 14, 2024.

Dated this 15th day of May, 2024.

JAMES L. ROBART
United States District Judge